# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RHODA MCHENRY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 16-CV-252-GKF-tlw |
| COXCOM, LLC, doing business as Cox Communications Tulsa, | ) |
| Defendant. | ) |

## ORDER

For the reasons stated on the record following the hearing on defendant's Motion for Summary Judgment, the defendant's Motion for Summary Judgment [Doc. #33] is granted.

IT IS SO ORDERED this 26th day of May, 2017.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT