**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RHODA MCHENRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-CV-252-GKF-tlw |
| | ) | |
| COXCOM, LLC, doing business as Cox Communications Tulsa, | ) ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

The court having granted defendant's Motion for Summary Judgment,

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that plaintiff, Rhoda McHenry, recover nothing, and that the action be dismissed on the merits.

ENTERED this 26th day of May, 2017.

*[Signature]*
GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT